

FILED
CLERK, U.S. DISTRICT COURT
JUN - 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lazqouhi City Machinery Company, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Zhongqiao USA International Corp., Inc., Qilu Auto Parts, Inc., and Does 1-30 <br><br> Defendants. | CASE NO. 2:08-CV-08434-SVW-VBK <br><br> [PROPOSED] ORDER ENTERING JUDGMENT FOR PLAINTIFF, LAZQOUHI CITY MACHINERY COMPANY, LTD. AGAINST DEFENDANT ,ZHONGIAO USA INTERNATIONAL CORP. |

On December 19, 2008, Plaintiff, Lazqouhi City Machinery Company, Ltd. ("Luqi") filed a complaint against Defendants, Zhongqiao USA International Corp., Inc. ("Zhongqiao") and Qilu Auto Parts, Inc.

Luqi's complaint alleges causes of action for breach of contract, breach of good faith and fair dealing, common counts, quantum meruit, fraud, and violation of business and professions code §17200.

On April 8, 2010, Luqi accepted Zhongqiao's Offer to Allow Judgment and have judgment entered in the amount of $150,000.

Judgment in favor of Luqi and against Zhongqiao is hereby entered in the amount of $150,000.

1
2
3   IT IS SO ORDERED.
4
5   Dated: 6/3/10                          _____
6                                          The Honorable Stephen V. Wilson
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
[PROPOSED] ORDER